UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMANUEL BENITEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VELAS Y CIELO CORP. DBA PATIO RESTAURANT, and ARELIS FERNANDEZ,<br><br>Defendants. | Civil Action No.: 10cv3362 (DLI)(JMA)<br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated and agreed, pursuant to Federal Rule of civil Procedure 41(a), that the case shall be, and hereby is, dismissed without prejudice and without costs or attorneys' fees against any party.

**CILENTI & COOPER, PLLC**
Attorneys for Plaintiff

_____
Peter H. Cooper, Esq. (PHC 4714)
708 Third Avenue – 6th Floor
New York, New York 10017
Telephone (212) 209-3933

Dated: 5/27/11

LUIS ECHEVERRIA, ESQ.
Attorneys for Defendants

_____
50-60 69th Street
Woodside, New York 11377

Dated: 5.28-11

**So Ordered:**

_____